UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CV-20978-MD

DELTEC BANK & TRUST LIMITED,

    Plaintiff,

v.

MICHAEL CARBONARA; IBANERA LLC,
and IBANERA PRIVATE LIMITED,

    Defendants.

_____/

**ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS
ON DEFENDANT IBANERA PRIVATE LIMITED**

    In this matter, before the Court on Plaintiff's *Ex Parte* Motion for an Order Authorizing Alternative Service of Process on Defendant Ibanera Private Limited ("Ibanera Singapore") pursuant to Federal Rules of Civil Procedure Rule 4(f)(3) (the "Motion") [D.E.___], the Court hereby finds as follows:

    1.    The facts and circumstances of this case, as set forth in Plaintiff's Motion, warrant service on Ibanera Singapore via alternative method under Rule 4(f)(3);

    2.    Service via international mail, email and WhatsApp message as set forth in Plaintiff's Motion and supporting declaration is reasonably calculated to apprise Ibanera Singapore of the pendency of the action and afford it an opportunity to respond, and are also the methods of service most likely to actually reach Ibanera Singapore; and

    3.    Service via international mail, email and WhatsApp message as set forth in Plaintiff's Motion and supporting declaration are not prohibited by international agreement.

Accordingly, it is **ORDERED** that Plaintiff's *Ex Parte* Motion for an Order Authorizing Alternative Service of Process on Defendant Ibanera Private Limited is **GRANTED**. Pursuant to Rule 4(f)(3), Plaintiff is permitted to serve the Summonses, Verified Amended Complaint, and all other filings and discovery in this matter upon Defendant Ibanera Private Limited via international mail, email and WhatsApp message as provided in Plaintiff's Motion.

**DONE AND ORDERED** in Miami, Florida, this _____ day of _____ 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record