**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-CV-20978-MD**

DELTEC BANK & TRUST LIMITED,

    Plaintiff,

v.

MICHAEL CARBONARA; IBANERA LLC,
and IBANERA PRIVATE LIMITED,

    Defendants.

_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 2, 2025, I caused copies of Plaintiff's issued Summonses to Ibanera LLC, Ibanera Private Limited, and Michael Carbonara (DE 3); Plaintiff's Verified Amended Complaint (DE 22); Exhibit A to Plaintiff's Verified Amended Complaint (DE 22-1); Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Freezing Specific Assets and for an Immediate Accounting and Limited Expedited Discovery and Supporting Memorandum of Law (DE 24); and Plaintiff's Declaration and Exhibits in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (DE 26) to be sent to Defendant Ibanera Private Limited, via WhatsApp message, as well as the following methods:

| Email | International mail (FedEx) |
|---|---|
| bjorn@ibanera.com | Bjorn Snorrason |
| bjorn.snorrason@ibanera.com | BOGGVISBRAUT 9 620 |
| bjornsnorrason@gmail.com | DALVIK |
| bjorn@dalpay.com | Iceland |
| bsnorra@internet.is | |

Dated: May 2, 2025.

                    Respectfully submitted,

                    **VENABLE LLP**

                    */s/ Joseph B. Isenberg*
                    Joseph B. Isenberg (Bar No. 1018077)
                    jbisenberg@venable.com
                    801 Brickell Avenue, Suite 1500
                    Miami FL 33131
                    Telephone:  305-349-2396
                    Facsimile:  305-349-2310

                    Desirée Moore
                    dmoore@venable.com
                    Abram Moore
                    amoore@venable.com
                    227 W Monroe St. #1900
                    Chicago, IL 60606
                    *Attorneys for Plaintiff*