UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CV-20978-MD

DELTEC BANK & TRUST LIMITED,

    Plaintiff,

v.

MICHAEL CARBONARA; IBANERA LLC,
and IBANERA PRIVATE LIMITED,

    Defendants.

_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 6, 2025, as authorized by this Court's order allowing alternative service on Defendant Ibanera Private Limited (DE 37), I caused copies of Plaintiff's issued Summonses to Ibanera LLC, Ibanera Private Limited, and Michael Carbonara (DE 3); Plaintiff's Verified Amended Complaint (DE 22); Exhibit A to Plaintiff's Verified Amended Complaint (DE 22-1); Exhibit B to Plaintiff's Verified Amended Complaint (filed under seal); this Court's order authorizing Alternate Service of Process (DE 37); and Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Freezing Specific Assets and for an Immediate Accounting and Limited Expedited Discovery and Supporting Memorandum of Law, including Plaintiff's Declaration and Exhibits in Support of Same (DE 39); to be served on Defendant Ibanera Private Limited, via WhatsApp message, as well as the following methods:

| Email | International mail (FedEx) | |
|---|---|---|
| bjorn@ibanera.com<br>bjorn.snorrason@ibanera.com<br>bjornsnorrason@gmail.com<br>bjorn@dalpay.com<br>bsnorra@internet.is | Bjorn Snorrason<br>BOGGVISBRAUT 9 620<br>DALVIK<br>Iceland | Bjorn Snorrason<br>Böggvisstaðir 9 620<br>Dalvík, Iceland |

Dated: May 6, 2025.

                                              Respectfully submitted,

**VENABLE LLP**

 /s/ *Jonathan E. Perlman*
Jonathan E. Perlman (Bar No. 773328)
JEPerlman@venable.com
Joseph B. Isenberg (Bar No. 1018077)
jbisenberg@venable.com
801 Brickell Avenue, Suite 1500
Miami FL 33131
Telephone:  305-349-2396
Facsimile:  305-349-2310

Desirée Moore
dmoore@venable.com
Abram Moore
amoore@venable.com
227 W Monroe St. #1900
Chicago, IL 60606
*Attorneys for Plaintiff*